IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                         Case Number: 1:25cr46

Michael Douglas Boeh

CRIMINAL MINUTES: INITIAL APPEARANCE/PLEA

Defendant appeared with counsel Bill Gallagher and Bethany Hayes

Waiver of Indictment executed in open Court

Defendant arraigned and specifically advised of his rights

Statement of Facts read by AUSA Kyle Healey

Defendant pleads GUILTY to Count 1

Plea accepted by the Court

Defendant is continued on his previously issued OR Bond

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Lisa Conley-Yungblut |
| Date: | May 28, 2025 |